UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Shane Marcum | # 3484997

*(Enter above the full name of the plaintiff or plaintiffs in this action).* | *(Inmate Reg. # of each Plaintiff)*

**VERSUS**

**CIVIL ACTION NO.** 2:20-cv-00394
*(Number to be assigned by Court)*

Betsy Jivided
Donnie Ames
John Frame

*(Enter above the full name of the defendant or defendants in this action)*

**COMPLAINT**

**I. Previous Lawsuits**

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes ______ No X

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

Plaintiffs: ______________________

______________________

______________________

Defendants: ______________________

______________________

______________________

2. Court (if federal court, name the district: if state court, name the county):

______________________

______________________

3. Docket Number: ______________________

4. Name of judge to whom case was assigned:

______________________

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

______________________

______________________

6. Approximate date of filing lawsuit: ______________________

7. Approximate date of disposition: ______________________

**II. Place of Present Confinement:** MT. Olive Correctional Complex

A. Is there a prisoner grievance procedure in this institution?

Yes X No ____

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes X No ____

C. If your answer is YES:

1. What steps did you take? I Filed Grievance procedure # 20-MOCC-ST-63 on April 19, 2020

2. What was the result? I received the most incompetent response, the defendants blame the Corona Virus, this issue has taken place years before the Corona Virus.

D. If your answer is NO, explain why not: ____________________

**III. Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff: Shane Marcum # 3484997

Address: One MT. Side Way, MT. Olive WV, 25185

B. Additional Plaintiff(s) and Address(es): ____________________

N/A

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Betsy Jividen

is employed as: West Virginia Division of Corrections

at Commissioner, 1409 Greenbrier St. Charleston W.V. 25301

D. Additional defendants: Donnie Ames is the Warden, And John Frame is the Warden of Security at the MT. Olive Correctional Complex, located at One MT. Side Way, MT. Olive W.V. 25185

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

For several months, Appx the past 28, the defendants have ignored my request's, complaints due to my Religious needs and Rights to have like, Access to A Religious leader of my Faith, Access to Religious material, Access to Religious Land, Rights to A (12) day Feast As my Religion requires (Note): Ramadan participants get A (30) day meal Advantage and a Feast at the end - these named defendants only permit me (1) day.

IV. **Statement of Claim (continued):**

Im being forced to support the Christian Religion by forcefully being required to take the Christian based Quality of Life Program for (18) months. Im being forced to practice my Religion in the "Christian Chapel" at the MT. Olive Correctional Complex that complety contaminates my Religion / and practice, The complaints Ive made have been grossly ignored, also the grievance procedures, the Covid-19 Corona Virus has nothing to do with this, this has been taking place for years.

V. **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like the court to award me the following;

1). $150,000 - for the Gross neglect of my Rights

2). All my Religious needs of my faith met.

3). The Court to order and maintain policies to this claim, and force this Administration to adhere to these policies.

4). The Court to hold defendants accountable for their participation in violating my Constitutional Rights.

V. **Relief (continued):**

5). For the Court to order an investigator to maintain the observence of these defendants once the Court makes a ruling on this complaint.

6). For the Court to order the Defendants to pay all court cost, filing fee's, and all other expenses the court deems fit.

VII. **Counsel**

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

Charles E. Lamp Jr. # 3546855

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes X No ____

If so, state the name(s) and address(es) of each lawyer contacted:

I do have Attorney Paul Strobel to assist me when the time comes, to address this issue, Charleston, WV. 25301

~~If not, state your reasons:~~

C. Have you previously had a lawyer representing you in a civil action in this court?

Yes ____ No X

If so, state the lawyer's name and address:

______________________________________________

______________________________________________

Signed this ________ day of ______________________, 20 _____.

______________________________

______________________________

______________________________

Shane Marcum #3484997
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June, 10, 2020.
(Date)

Shane Marcum #3484997
Signature of Movant/Plaintiff

______________________________
Signature of Attorney
(if any)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

Shane Marcum

*Your full name*

v. Civil Action No.: ______________

Betsy Jivicleo et al,
Donnie Ames
John Frame

*Enter above the full name of defendant(s) in this action*

**Certificate of Service**

I, Shane Marcum (your name here), appearing *pro se*, hereby certify that I have served the foregoing Civil Action Complaint (title of document being sent) upon the defendant(s) by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the defendant(s) on June 10th 2020 (insert date here):

(List name and address of counsel for defendant(s))

Shane marcum #3484991
(sign your name)